**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 14-1-DLB-EBA**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**vs.**                               **ORDER ADOPTING
REPORT AND RECOMMENDATION**

**FREDRICK STILTNER**                                                              **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the July 13, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Fredrick Stiltner's supervised release and impose a term of imprisonment of ten (10) months, with one (1) year of supervised release to follow. (Doc. # 41). The Final Revocation Hearing was held on July 6, 2017, wherein Defendant admitted and pled guilty (Doc. # 36) to the violations as described in the December 22, 2016 Supervised Release Violation Report.

Defendant having waived his right to allocution (Doc. # 37), and the time for filing objections to the R&R having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 41) is hereby **ADOPTED** as the

1

findings of fact and conclusions of law of the Court;

(2) Defendant Fredrick Stiltner is found to have **VIOLATED** the terms of his supervised release as detailed in the December 22, 2016 violation report;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **ten (10) months**, with **one (1) year** supervised release to follow; and

(5) A Judgment shall be entered concurrently herewith.

This 2nd day of August, 2017.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2014\14-01 R&R re SRV.wpd